# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYL CLARKE,<br><br>           Plaintiff,<br><br>    v.<br><br>EBONY LARRY, et al.,<br><br>           Defendants. | Case No. CV 10-6066-GW (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: March 11, 2011

                                                                     GEORGE H. WU<br>
                                                        UNITED STATES DISTRICT JUDGE